UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CV-01203-JAR |
| | ) | |
| SERTA SIMMONS BEDDING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 25, 2023, Defendant Serta Simmons Bedding, LLC, filed a Notice of Suggestion of Bankruptcy advising the Court that it had filed a Chapter 11 bankruptcy petition in the U.S. Bankruptcy Court for the Southern District of Texas.  The filing of a bankruptcy petition operates as an automatic stay of judicial proceedings against the debtor. 11 U.S.C. § 362(a)(1).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **STAYED** during the pendency of Defendant's bankruptcy proceeding.

**IT IS FURTHER ORDERED** that, no later than **July 26, 2023**, and every six months thereafter, Defendant shall file a status report on the bankruptcy proceeding and, when appropriate, a motion to extend, modify, or lift the stay or other action or relief as warranted.

**IT IS FURTHER ORDERED** that, within ten days of the termination of bankruptcy proceedings or Plaintiff receiving relief from the automatic stay, the parties shall notify the Court thereof.

**IT IS FURTHER ORDERED** that, until the stay is lifted, this case is administratively

**CLOSED**.

Dated this 26th day of January 2023.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE